**STATE of Missouri, Respondent,**

v.

**Jalildawud ABDULLAH, Appellant.**

**No. WD 59259.**

Missouri Court of Appeals, Western District.

Nov. 13, 2001.

Craig A. Johnston, Asst. Public Defender Office, Columbia for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Shaun J. Mackelprang, Assistant Attorneys General, Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, HAROLD L. LOWENSTEIN, Judge, and EDWIN H. SMITH, Judge.

### ORDER

Jalildawud Abdullah appeals the circuit court's judgment convicting him of the class D felony of assault in the third degree and the class A misdemeanor of assault in the third degree. We affirm. Rule 30.25(b).